UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

WEIDONG LI,

                Plaintiff,

    - against -

WIWI 1 NAIL & SPA INC., ET AL.,

                Defendants.
───────────────────────────────

19-cv-6120 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On agreement of the parties, this case is transferred to the Northern District of New York pursuant to 28 U.S.C. §§ 1404(a) and 1407.

**SO ORDERED.**

Dated:    New York, New York
            November 12, 2019

_____
John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-13-19