# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

March 10, 2020

*Via ECF*

Hon. Miroslav Lovric, U.S.M.J.
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York

Re:    **Notice of Settlement in Principle and Request for Four Weeks to Submit
Joint Fairness Letter Motion with Signed Settlement Agreement**
6:19-cv-01488-FJS-ML *Li v. Wiwi 1 Nail & Spa Inc et al*

Dear Honorable Judge Lovric:

This office represents Plaintiffs in the above-referenced matter. Plaintiff's write jointly with Defendants to notify the Court that the parties have just reached a settlement in principle.

The parties further respectfully request four (4) weeks to submit the executed Settlement Agreement for Your Honor's judicial approval.

The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiffs
/s/ John Troy
John Troy, *Esq*.

1