TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
WEIDONG LI,
*on behalf of themselves and others similarly situated*
                                        Plaintiffs,

                v.

WIWI 1 NAIL & SPA INC.
        d/b/a Wiwi Nail & Spa;
RONGGUANG FU
        a/k/a Rong Guang Fu,
KUANLIANG HU
        a/k/a Kuan Liang Hu,
XUBO LU
        a/k/a Xu Bo Lu,
WEI WANG, and
JIXIN CAI
        a/k/a Ji Xin Cai

                                        Defendants.
---------------------------------------------------------------x

Case No: 19-cv-01488

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

    PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff WEIDONG LI, through their undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiffs dated March 11, 2020 attached hereto as Exhibit A.

Dated: Flushing, New York
March 17, 2020

                          TROY LAW, PLLC
                          *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*

                            /s/      John Troy
                          John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
WEIDONG LI,
*on behalf of themselves and others similarly situated*
                                   Plaintiffs,

                v.

WIWI 1 NAIL & SPA INC.
    d/b/a Wiwi Nail & Spa;
RONGGUANG FU
    a/k/a Rong Guang Fu,
KUANLIANG HU
    a/k/a Kuan Liang Hu,
XUBO LU
    a/k/a Xu Bo Lu,
WEI WANG, and
JIXIN CAI
    a/k/a Ji Xin Cai

                                   Defendants
---------------------------------------------------------------x

Case No: 19-cv-01488

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
March 17, 2020

                                                          TROY LAW, PLLC
                                                          *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
                                                          /s/    John Troy
                                                             John Troy (JT0481)