UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

**WEIDONG LI,** *on his own behalf and on behalf of others similarly situated,*

               **Plaintiff,**

           v.                               6:19-cv-1488
                                                  (FJS/ML)

**WIWI 1 NAIL & SPA INC d/b/a WiWi Nails & Spa; WIWI NAILS & SPA INC d/b/a WiWi Nails & Spa; RONGGUANG FU a/k/a Rong Guang Fu; KUANLIANG HU a/k/a Kuan Liang Hu; XUBO LU a/k/a Xu Bo Lu; WEI WANG, and JIXIN CAI a/k/a Ji Xin Cai,**

               **Defendants**

───────────────────────────────────────────

## ORDER

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants by their attorneys, Hui Chen, *esq.* of HUI CHEN & ASSOCIATES, PLLC, having offered to allow judgment be taken against them by consent Plaintiff WEIDONG LI in this action for a sum of Nine Thousand Seven Hundred Dollars ($9,700.00), including all attorney's fees and costs now accrued;

the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that Defendants are liable in this action or that Plaintiff WEIDONG LI suffered any damage; Plaintiff WEIDONG LI, through John Troy, Troy Law PLLC, on March 16, 2020, having accepted and provided notice that he has accepted Defendants' Offer of Judgment, dated March 11, 2020, and the matter having come before this Court, the Court hereby

      **ORDERS** that the Clerk of the Court shall enter judgment against Defendants jointly and

severally in the amount of **Nine Thousand Seven Hundred Dollars ($9,700.00)** in accordance with the acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. § 1961; and the Court further

**ORDERS** that, if any amounts remain unpaid upon the expiration of ninety days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as New York Labor Law § 198(4) requires.

**IT IS SO ORDERED.**

Dated: March 17, 2020
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge