# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WEIDONG LI, on his own behalf
and on the behalf of others
similarly situated**

Plaintiff

vs.

CASE NUMBER: 6:19-cv-1488
(FJS/ML)

**WIWI 1 NAIL & SPA INC d/b/a WiWi Nails
& Spa; WIWI NAILS & SPA INC
d/b/a WiWi Nails & Spa; RONGGUANG FU
a/k/a Rong Guang Fu; KUANLIANG HU
a/k/a Kuan Liang Hu; XUBO LU
a/k/a Xu Bo Lu; WEI WANG, and
JIXIN CAI a/k/a Ji Xin Cai,**

Defendant(s)

This action having come before the Court and the issues having been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered against Defendants jointly and severally in the amount of **Nine Thousand Seven Hundred Dollars ($9,700.00)** in accordance with the acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. § 1961; and the Court further

**ORDERS** that, if any amounts remain unpaid upon the expiration of ninety days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as New York Labor Law § 198(4) requires.

All of the above pursuant to an order of the Honorable Frederick J. Scullin, Jr. issued March 17, 2020.

*Barbara J. Woodford*

Deputy Clerk

*John Domurad*

Clerk of Court